**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>KAPBO SIM<br>AND<br>RACHEL Y. SIM<br><br>            Debtors | Chapter 13<br><br><br>Case No. 11-13723-BFK |

## CORRECTED TRUSTEE'S AMENDED MOTION TO DISMISS

      Trustee amends his previously filed Motion to Dismiss by stating that the tax returns in question have now been provided, but based on Trustee's review and calculations Debtors owe $11,654.00 to the estate on account of their refunds.

Date: __September 3, 2012_____                       __/s/ Thomas P. Gorman_____
                                                                                Thomas P. Gorman
                                                                                Chapter 13 Trustee
                                                                                300 N. Washington Street, #400
                                                                                Alexandria, VA 22314
                                                                                (703) 836-2226
                                                                                VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of August, 2012, served via ECF to authorized users or mailed a true copy of the foregoing Trustee's Amended Motion to Dismiss to the following parties.

| | |
|---|---|
| Kapbo Sim | Michael Lawrence Eisner |
| Rachel Y. Sim | Nothern Virginia Law Group, PLLC |
| Chapter 13 Debtors | 6756 Old McLean Village Drive, #200 |
| 5895 Tulloch Spring Court | McLean, VA 22101 |
| Haymarket, VA 20169 | |

                                                                           ___/s/ Thomas P. Gorman_____
                                                                           Thomas P. Gorman