## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In re:** | |
| **Kapbo Sim and Rachel Y. Sim,** | **Chapter 13** <br> **Bankr. Case No. 11-13723** |
| **Debtors.** | |

### Motion to Withdraw as Counsel

Comes Now, Michael Eisner, counsel to the above referenced Debtors and hereby files this Motion to Withdraw as Counsel for the Debtors in this case and any associated bankruptcy matters and in support of said Motion respectfully represents as follows:

1.  Pursuant to the Court's Order in Bankruptcy Case No. 12-12217, counsel is required to withdraw from this bankruptcy case.

2.  Counsel is unable to practice law due to personal, medical and other factors.

3.  Counsel will send a letter to the Debtors explaining the effect of the withdrawal from their case and assist them in obtaining new counsel.

WHEREFORE, Michael Eisner, counsel for the above referenced Debtors respectfully requests that the Court enter an order granting the Motion to Withdraw as Counsel and for such other and further relief as may be necessary.

Respectfully Submitted,

/s/Michael L. Eisner
10 Potomac Court
Coram, NY 11727

### Certificate of Service

I hereby certify that on January 29, 2013, a copy of this Motion to Withdraw as Counsel was sent via first class mail to the Debtors, all Creditors and other parties of interest and to the Office of the United States Trustee.

/s/Michael L. Eisner
Michael L. Eisner